APPENDIX A
COMPLAINT FORMAT

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
## _____ DIVISION

Rev. Darrell Dan Floyd SR
(Name of Plaintiff)
**Plaintiff**

1:05cv889.F

vs.

Civil Action No.

(Name of Defendant(s))
**Defendant** Special Agent
Conner
P.O. Box 1355
Dothan, 26902

1:05-CV-117 (WLS)

## COMPLAINT
(Double space text of complaint)

**Now comes the above plaintiff and shows the Court the following:**

1. Darrell Dan Floyd SR

(Show plaintiff's residence or address.)

P.O. 3751
Albany GA 31716

2. (Show defendant(s) address(es).)

1001 JCon Suite 2175
Annapolis Junct. MD 20701

3.

(State briefly your legal claim or your reason for filing suit. Include the statute under which the suit is filed.)

17

Human Right - Employment
Civil Right - Make Funny
of me Tight-chair

APPENDIX A (Contd)
COMPLAINT FORMAT

4.

(Give a brief, concise statement of the specific facts involved in your case.)

5.

(State the relief you are requesting.)

_Darnell D. H[...]_
(Signature and date)

_P.O. Box 3751_
(Address) _Albany, GA._

_N/A_
(Phone Number)

18