```
DEPARTMENT OF THE TREASURY            DATE OF THIS NOTICE:  05-01-97
INTERNAL REVENUE SERVICE              NUMBER OF THIS NOTICE: CP 575
MEMPHIS  TN   37501                   EMPLOYER IDENTIFICATION NUMBER:  72-1366457
                                      FORM:  SS-4
                                      4916705119  O
```

```
                                              FOR ASSISTANCE CALL US AT:
                                              1-800-829-1040

LIVING WORD MINISTRIES
% BROTHER DARRELL D FLOYD
PO BOX 6471
DOTHAN  AL   36302                            OR WRITE TO THE ADDRESS
                                              SHOWN AT THE TOP LEFT.

                                              IF YOU WRITE, ATTACH THE
                                              STUB OF THIS NOTICE.
```

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER (EIN)

Thank you for your Form SS-4, Application for Employer Identification Number (EIN). We assigned you EIN 72-1366457. This EIN will identify your business account, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

Use your complete name and EIN shown above on all federal tax forms, payments, and related correspondence. If you use any variation in your name or EIN, it may cause a delay in processing, incorrect information in your account, or cause you to be assigned more than one EIN.

If you want to receive a ruling or a determination letter recognizing your organization as tax exempt, you should file Form 1023/1024, Application for Recognition of Exemption, with your IRS Key District office. Publication 557, Tax Exempt Status for Your Organization, is available at most IRS offices and has details on how you can apply.

Thank you for your cooperation.

```
              Keep this part for your records.              CP 575 E (Rev. 1-95)
```
--------------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account. Please                          CP 575 E
correct any errors in your name or address.
                                                                4916705119

```
Your Telephone Number   Best Time to Call    DATE OF THIS NOTICE: 05-01-97
(    )      -                                EMPLOYER IDENTIFICATION NUMBER:  72-1366457
                                             FORM: SS-4
```

```
INTERNAL REVENUE SERVICE
MEMPHIS  TN   37501
                                             LIVING WORD MINISTRIES
                                             % BROTHER DARRELL D FLOYD
                                             PO BOX 6471
                                             DOTHAN  AL   36302
```

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

| 24 | Southeast Alabama **MEDICAL CENTER** EMERGENCY PHYSICIAN RECORD General Adult |

FLOYD, DARRELL DAN
NKDA/NKFA/NKLA/NDM
10130    2434434  3/26/68  036Y  M
EMERGENCY MED DR           5/24/04

DATE:_____ TIME: 2130 ROOM:___ ___ EMS Arrival
HISTORIAN: (patient) __spouse __paramedics_____
__HX / __EXAM LIMITED BY: _____
V/S BP 140/86  HR 90  RR 20  Temp 98.9
Wt____  O2Sat 100  Pain____

Chief complaint: Back / Abd pain

Started: Friday Sunday (5/14/04)

| time course: | severity: | modifying factors: |
|---|---|---|
| _still present | _mild | _none |
| _better | _moderate | |
| _gone now | _severe | |
| _worse | | |

Was in custody of DPD
Pt was "tazed" multiple
times, now places where
tazed was painful
when arrested + in jail
and
now

__Similar symptoms previously____ ⊘
__Recently seen / treated by doctor____

**ROS**

CONST.
  _fever_____
  _subjective / to ____°F
  _chills_____
ENT
  _sore throat_____
  _nasal drainage / congestion_____
CVS / PULMONARY
  _cough_____
    sputum_____
  _trouble breathing_____
  _chest pain_____
GI
  (abdominal pain)
  _nausea / vomiting_____
  _diarrhea_____
  _black / bloody stools_____
URINARY
  _problems urinating_____
  _frequent urination_____

FEMALE GENITAL
  _abnormal bleeding / discharge
  LMP_____
  _postmenopausal  _hysterectomy
SKIN / MS
  _skin rash_____
  (back pain)
  _leg pain_____
  _foot swelling_____
NEURO / EYES
  (headache)
  _blackout_____
  _lost feeling / power_____
    in arm  leg  face  R / L
  _difficulty walking_____
  _difficulty with speech_____
  _double vision_____
  _confusion_____

_all systems neg. except as marked

**PAST HISTORY**  (negative)  __ past records ordered / reviewed
  _neurological problems_____     _lung disease_____
    CVA   seizure disorder           asthma  emphysema
  _cardiac disease_____            _diabetes_____
    heart attack (MI)  angina         insulin-dependent  diet-controlled
    heart failure                     oral hypoglycemic
  _high blood pressure_____       _high cholesterol_____
  _other problems_____

Medications  (none)  __see nurses note    Allergies __NKDA
  __ASA  __NSAID  __acetaminophen       __see nurses note

SOCIAL HX  __smoker_____   __drugs_____
  __alcohol (occasional / frequent / recent)
FAMILY HX _____

201

x_Michelle Hick RN_ EMT / Nurse     WZ MD / DO
HISTORY   Nurse or EMT sign after recording history; physician initial
after reviewing with patient and confirming or revising all elements.

THE LIVING WORD MINISTRY
P.O. BOX 6471
DOTHAN, AL 36303
WWW.~~[redacted]~~.ORG

P.O. Box 7751

Dear Beloved:

HERE IS A SUMMARY OF WHAT THE BIBLE TEACHES ABOUT JESUS" CHUR[CH]

Its Builder is Christ (Matthew 16:18). He purchased it with His own blood (Acts 20:28). He is its only Head (Ephesians 1:22-23). He is its Lawgiver, with all authority in heaven and on earth (Matthew 18:18). He is its Savior (Ephesians 5:23). He is its Foundation (1 Corinthians 3:11). Its beginn[ing] was on the first Pentecost following His resurrection (Acts 2:[ ])

Those added to the church by the Lord are those who (1) Hear [the] Gospel (Romans 10:17); (2) Believe on Jesus Christ (Acts 16:31[)]; (3) Repent of their sins (Luke 13:3-5); (4) Confess their fa[ith] in Christ (Romans 10:9-10); (5) Are baptized (immersed) in water (Romans 6:3-4). (In baptism, one's sins are "washed aw[ay]" (Acts 22:16).

The worship of the New Testament church involves: (1) Communi[on] (Lord's Supper) Sunday (Acts 20:7); (2) Singing hymns (Ephesians 5:19); (3) Praying to God through Jesus Christ (Yes[ ]) (John 16:23-24); (4) Giving a free-will offering (1 Corinthian[s] 16:1-2), and (5) Teaching the Gospel (Acts 20:7).

The Lord's church is to follow "the Pattern" of sound words contained in scripture (2 Timothy 1:13).

In organization, each congregation is to be independent, organized under the direction of Christ as Head, with elders in each congregation to feed and oversee the flock of God (Acts 20:17-28; 1 Peter 5:2-4; 1 Timothy 3:1-7). Each congregation is to also have deacons who serve (1 Timothy 3:8[ ]) and members who minister in word and deed (1 Corinthians 12:[ ])

Its message is the Gospel (Good News) which has Facts to be believed--the death, burial, and resurrection of the Lord (Ye[s]) (1 Corinthians 15:1-9); COMMANDS to be obeyed--believe in Chr[ist] (Acts 16:31, repent of sins (Acts 17:30-31), confess faith in Christ as the Son of God (Romans 10:9-10), and be baptized [in] Christ (Acts 2:38): PROMISES to be enjoyed--the forgiveness [of] sins (Acts 2:38), the gift of the Holy Spirit (Acts 5:32), abundant life here and now (John 10:10), and eternal life i[n the] world to come (Revelation 2:10).

A church which preaches the Gospel in its purity and simplici[ty] and practices the kind of worship and work authorized in the [New] Testament is Christ's church. One who learns the truth about Christ's church will want his friends to believe the t[ruth] of the Bible, and obey the things Christ commands.

The Lord has been gracious to give His word so we may know h[ow] to live before Him in love, and to be able to come to Him as obedient servants in that great Day of Judgment. I commend [you] for your desire to study God's word, so your obedience may be full and you will be pleasing in His sight.

W.R. REV. DARRIJ DAN FLOYD SR

FBOP/EXAMINING SECTION
10010 JCT DR. SUITE 217 S
ANNAPOLIS JUNC, MD 20701

9999
436

DATE ISSUED:       MARCH    24, 1994
BATCH NUMBER:      ZP0017
1) SOCIAL SECURITY NUMBER:    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        2) DARRELL D. FLOYD
DATE ELIGIBILITY EXPIRES:     INELIGIBLE            303 E BURDERSHAW ST
                                                    DOTHAN    AL  36303

This is a record of your application for Federal Employment in the occupation shown in line 10 below. This is not a job offer. This notice provides information contained in your record as it appears in the files of the Servicing Office shown above. **You should carefully review this information to assure that it is correct.** If any information is incorrect or has changed since you submitted your application, use the back of this form to notify the office shown above. Your qualifications and any veteran preference claims are subject to verification. **Refer to the enclosed "Explanation of your NOTICE OF RESULTS" for important information regarding your eligibility and interpretation of ratings and message codes.**

3) DATE OF AVAILABILITY:
4) FULL-TIME EMPLOYMENT:
5) PART-TIME EMPLOYMENT:
6) TEMPORARY EMPLOYMENT:
7) TRAVEL AVAILABILITY:
8) GEOGRAPHIC AVAILABILITY: (REFER TO YOUR GEOGRAPHIC CODE LISTING TO INTERPRET LOCATION CODES)
   AREA REQUESTED:

9) VETERAN PREFERENCE:
10) OCCUPATIONAL TITLE:      0007-A      CORRECTIONAL OFFICER

PLEASE REFER TO THE ANNOUNCEMENT OR THE QUALIFICATION INFORMATION STATEMENT
TO INTERPRET OPTION CODES

                     OPTIONS

      001    114

      NONE   NONE
GRADE

GS-5          ID
GS-6   ID

WHEN MAKING INQUIRIES CONCERNING YOUR APPLICATION PLEASE INCLUDE YOUR
SOCIAL SECURITY NUMBER AND OCCUPATIONAL TITLE (SEE ITEM 10 ABOVE).

All eligible ratings are tentative. You must meet all medical, suitability, and qualifications requirements when you are considered for a specific job. The Office of Personnel Management or the hiring agency may require verification of claimed qualifying education or experience before you can be hired.

OPM Form 1206 (Rev. 12/84)

THE LIVING WORD MINISTRY
P.O. BOX ~~~~ 3751
~~DOTHAN, AL 36303~~ ALBANY, GA, 3710
WWW.UNCTION.ORG
www.unction[...]

Dear Beloved:

HERE IS A SUMMARY OF WHAT THE BIBLE TEACHES ABOUT JESUS" CHURCH

Its Builder is Christ (Matthew 16:18). He purchased it with His own blood (Acts 20:28). He is its only Head (Ephesians 1:22-23). He is its Lawgiver, with all authority in heaven and on earth (Matthew 18:18). He is its Savior (Ephesians 5:23). He is its Foundation (1 Corinthians 3:11). Its beginning was on the first Pentecost following His resurrection (Acts 2:1-7).

Those added to the church by the Lord are those who (1) Hear the Gospel (Romans 10:17); (2) Believe on Jesus Christ (Acts 16:31); (3) Repent of their sins (Luke 13:3-5); (4) Confess their faith in Christ (Romans 10:9-10); (5) Are baptized (immersed) in water (Romans 6:3-4). (In baptism, one's sins are "washed away" (Acts 22:16).

The worship of the New Testament church involves: (1) Communion (Lord's Supper) Sunday (Acts 20:7); (2) Singing hymns (Ephesians 5:19); (3) Praying to God through Jesus Christ (Yeshua) (John 16:23-24); (4) Giving a free-will offering (1 Corinthians 16:1-2); and (5) Teaching the Gospel (Acts 20:7).

The Lord's church is to follow "the Pattern" of sound words contained in scripture (2 Timothy 1:13).

In organization, each congregation is to be independent, organized under the direction of Christ as Head, with elders in each congregation to feed and oversee the flock of God (Acts 20:17-28; 1 Peter 5:2-4; 1 Timothy 3:1-7). Each congregation is to also have deacons who serve (1 Timothy 3:8-13) and members who minister in word and deed (1 Corinthians 12:24-2

Its message is the Gospel (Good News) which has Facts to be believed--the death, burial, and resurrection of the Lord (Yeshua (1 Corinthians 15:1-9); COMMANDS to be obeyed--believe in Christ (Acts 16:31, repent of sins (Acts 17:30-31), confess faith in Christ as the Son of God (Romans 10:9-10), and be baptized int Christ (Acts 2:38): PROMISES to be enjoyed--the forgiveness of sins (Acts 2:38), the gift of the Holy Spirit (Acts 5:32), abundant life here and now (John 10:10), and eternal life in the world to come (Revelation 2:10).

A church which preaches the Gospel in its purity and simplicity, and practices the kind of worship and work authorized in the Tew Testament is Christ's church. One who learns the truth about Christ's church will want his friends to believe the teach of the Bible, and obey the things Christ commands.

The Lord has been gracious to give His word so we may know how to live before Him in love, and to be able to come to Him as obedient servants in that great Day of Judgment. I commend you for your desire to study God's word, so your obedience may be full and you will be pleasing in His sight.

Dear Sir or Madam,

My chief complaint is police brutality by the city of Dothan Police Department. Officer Allum and Mark along with 8 other police officers Came to my house when in plain view there was no problem at my residence. They came in physically arrest said peace Minister of The Living Word Ministry DARRELL FLOYD in Mr. x.xxx between 4:30 TO 08:30 AM. And there was Improper police conduct over aggressiveness over Bearing and it was a false arrest. I was jailed and was mistreated Sgt. Andrew And 15 other police officers came to my holding cell in the middle of the Night and assaulted me, beat me with a Stun gun and darted me and also Tazered my back and chest. Which gave me third degree and second degree Burns and straped me to a chair. I had suffered mental anguish and pain From the assult.

THANK YOU
DARRELL FLOYD

*Darrell E. Floyd*

Subscribed and Sworn to before me on the 4th day of October 2004 in Dothan Alabama

*H Marshall Smith*
H Marshall Smith
my commission expires in Nov 2006

SEAL

1:05-114(c)
1:05-115(c)

FBI
Steven Zegunis OC Info
Sgt Mack Nelms
11 Halt Nelms