UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
201 West Broad Avenue
Albany, GA 31701

GREGORY J. LEONARD
CLERK
PHONE: 229/430/8432

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
THOMASVILLE 31792
VALDOSTA 31601

September 15, 2005

Clerk, U.S. District Court
Middle District of AL
P.O. Box 711
Montgomery, AL 36101-0711

RE: Transfer from Middle District of Georgia
Darrell Dan Floyd, Sr. Vs. Special Agent Conner
Civil Action Number: 1:05-CV-117(WLS)

Dear Clerk,

This Court, by the Order of Transfer filed September 14, 2005, has transferred the above-referenced civil action to your district. Enclosed please find the original case file, a certified copy of the docket sheet, and correspondence that has been filed in our court.

Please acknowledge receipt of this file and indicate your case number upon the enclosed copy of this letter.

Sincerely,

GREGORY J. LEONARD, CLERK

s/ Brenda J. Littleton
Deputy Clerk

Enclosures

cc:
Mr. Darrell Dan Floyd, Sr.

Civil Action Number in receiving district: