IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRELL DAN FLOYD, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv889-F |
| | ) | (WO) |
| SPECIAL AGENT CONNER, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on September 23, 2005, said Recommendation is adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the present action is DISMISSED without prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Done this 18th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE