IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRELL DAN FLOYD, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05cv889-F |
| ) | (WO) |
| SPECIAL AGENT CONNER, ) | |
| ) | |
| Defendant. ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED that judgment is entered in favor of the defendant and against the plaintiff, that this action is dismissed, and that the defendant recover the costs of this action.

Done this 18th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE